**Order filed June 12, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00281-CR
_____

**MACEDONIO PEREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 300th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 69127**

## ORDER

This appeal is from a sentence imposed February 21, 2014. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On May 12, 2014, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days,

appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b).

Appellant has not provided this court with proof of payment for the record. Unless appellant pays or make arrangements to pay for the record and provides this court with proof of payment, on or before **June 27, 2014,** the appeal will be dismissed for want of prosecution. *See* Tex. R. App. P. 37.3(b).

PER CURIAM